Ronald O. Kaye SBN: 145051
KAYE, MCLANE, BEDNARSKI & LITT LLP
234 East Colorado Boulevard - Suite 230
Pasadena, CA 91101
(626) 844-7660

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

CASE NUMBER: 1:17-cv-00864-AWI-JLT

ANA MARIA GONZALEZ LOPEZ, et al.   Plaintiff(s)

v.

COUNTY OF KERN, et al.   Defendant(s)

**PROOF OF SERVICE**
**SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:

   a. ☑ summons
      ☑ complaint
      ☐ alias summons
      ☑ other **See attached Document List**
      ☐ first amended complaint
      ☐ second amended complaint
      ☐ third amended complaint
      ☐ third party complaint
      ☐ counter claim
      ☐ cross claim

2. Person served:

   a. ☑ Defendant *(name:)* **DONNY YOUNGBLOOD**
   b. ☐ Other *(specify name and title or relationship to the party/business named):*

   c. ☑ Address where the papers were served: **1350 NORRIS ROAD**
      **BAKERSFIELD, CA 93308**

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:

   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:

   a. ☐ By **Personal Service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☐ Papers were served on *(date):* at *(time):*

   b. ☑ By **Substituted Service**. By leaving copies: **MARIA FRANCO - RECEPTIONIST - Authorized to Accept**

      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☑ (business) or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☑ Papers were served on *(date):* **7/13/2017** at *(time):* **1:36 PM**

      4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☑ papers were mailed on Jul 14, 2017 - DECLARATION OF MAILING ATTACHED

      6. ☑ due diligence. I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

      Name of person served:

      **Title of person served:**

      **Date and time of service:** *(date):* at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   Cheyenne Safley
   ProLegal Reg#: 2017025418
   P.O. Box 54846
   Los Angeles, CA 90054
   (888) 722-6878

   a. Fee for service: $ **228.45**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☑ Registered California process server
      Registration # :**707**
      County: **Bakersfield**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **July 14, 2017**     **Cheyenne Safley**
*Type or Print Server's Name*     *(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) <br> Ronald O. Kaye | SBN: 145051 <br> KAYE, MCLANE, BEDNARSKI & LITT LLP <br> 234 East Colorado Boulevard - Suite 230  Pasadena, CA 91101 <br> TELEPHONE NO.: (626) 844-7660 | FAX NO. (213) 380-4585 | E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): Plaintiff: | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> STREET ADDRESS: 2500 TULARE STREET <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: FRESNO, CA 93721 <br> BRANCH NAME: EASTERN DISTRICT OF CALIFORNIA | |
| PLAINTIFF/PETITIONER: ANA MARIA GONZALEZ LOPEZ, et al. <br> DEFENDANT/RESPONDENT: COUNTY OF KERN, et al. | CASE NUMBER: <br> 1:17-cv-00864-AWI-JLT |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: <br> 2006 |

I, Cheyenne Safley, declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: DONNY YOUNGBLOOD as follows:
Documents:

summons; complaint; Civil Cover Sheet; Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions; Notice of Availability Voluntary Dispute Resolution; Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 271; Order Setting Mandatory Scheduling Conference;

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 7/11/2017 | 11:59 AM | Business | I attempted service at the business. I spoke to Patricia (white, female, 31yrs, 5'8", 160lbs, brown hair, brown eyes), the subjects assistant. She said that Mr. Youngblood is not currently in the office. She did not have a better time to reach him. Mr. Michael Mahoney was also not in the office. Patricia did not know if he was authorized to accept on the subjects behalf. Unable to serve. I will continue attempts. - Cheyenne Safley <br> 1350 NORRIS ROAD, BAKERSFIELD, CA 93308 |
| 7/12/2017 | 12:00 PM | Business | I attempted service at the business. I spoke to Gigi. She said that, per Mr. Mahoney's supervisor, he is on vacation until next Wednesday and is not available to accept legal documents on behalf of the subject. The subject was not currently available to accept service. Unable to serve. I will continue attempts. - Cheyenne Safley <br> 1350 NORRIS ROAD, BAKERSFIELD, CA 93308 |
| 7/13/2017 | 1:36 PM | Business | Substituted service on: DONNY YOUNGBLOOD; 1350 NORRIS ROAD, BAKERSFIELD, CA 93308; by serving: MARIA FRANCO - RECEPTIONIST - Authorized to Accept. |
| 7/14/2017 | | | Mailed copy of documents to: DONNY YOUNGBLOOD. <br> 1350 NORRIS ROAD, BAKERSFIELD, CA 93308 |

Fee for Service: $ 228.45
County: **Bakersfield**
Registration No.: **707**
**ProLegal Reg#: 2017025418**
**P.O. Box 54846**
**Los Angeles, CA 90054**
**(888) 722-6878**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 14, 2017.

Signature: _____
Cheyenne Safley

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: 5572472

**ProLegal Reg#: 2017025418**
P.O. Box 54846
Los Angeles, CA 90054
Phone: (888) 722-6878   Fax:

Continued from Proof of Service

**CLIENT:** KAYE, MCLANE, BEDNARSKI & LITT LLP

**CLIENT FILE #:** 2006

**DATE:** July 14, 2017

**SUBJECT:** DONNY YOUNGBLOOD

**SERVED:** MARIA FRANCO - RECEPTIONIST - Authorized to Accept

**Civil Cover Sheet; Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions; Notice of Availability Voluntary Dispute Resolution; Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 271; Order Setting Mandatory Scheduling Conference**

| Attorney or Party without Attorney:<br>Ronald O. Kaye, SBN: 145051<br>KAYE, MCLANE, BEDNARSKI & LITT LLP<br>234 East Colorado Boulevard - Suite 230<br>Pasadena, CA 91101<br>TELEPHONE No.: (626) 844-7660    FAX No. (Optional): (213) 380-4585 | E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |
|---|---|---|
| Attorney for: Plaintiff | Ref No. or File No.: 2006 | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: ANA MARIA GONZALEZ LOPEZ, et al.<br>Defendant: COUNTY OF KERN, et al. | | |

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT: | CASE NUMBER:<br>1:17-cv-00864-AWI-JLT |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the summons; complaint; Civil Cover Sheet; Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions; Notice of Availability Voluntary Dispute Resolution; Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 271; Order Setting Mandatory Scheduling Conference;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at GARDENA, California, addressed as follows:

   a. Date of Mailing:        July 14, 2017
   b. Place of Mailing:       GARDENA, CA
   c. Addressed as follows:   DONNY YOUNGBLOOD
                              1350 NORRIS ROAD
                              BAKERSFIELD, CA 93308

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at GARDENA, California in the ordinary course of business.

Fee for Service: $ 228.45
    ProLegal Reg#: 2017025418
    P.O. Box 54846
    Los Angeles, CA 90054
    (888) 722-6878
    Ref: 2006

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on July 14, 2017.

Signature: _____
                Joshua Feria

**PROOF OF SERVICE BY MAIL**

Order#: 5572472/mailproof