**MARK L. NATIONS, COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
**By: Marshall S. Fontes, Deputy (SBN 139567)**
**Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone 661-868-3800**
**Fax 661-868-3805**

**Attorneys for Defendants**
**County of Kern, et al.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA GONZALEZ LOPEZ, PEDRO DERKEVORKIAN, AND THE ESTATE OF SERGIO DERKEVORKIAN,<br><br>Plaintiff,<br>v.<br><br>COUNTY OF KERN; SHERIFF DONNY YOUNGBLOOD; BILL WALKER, DIRECTOR KERN COUNTY MENTAL HEALTH DEPARTMENT; DEPUTY ASHLEY MARCUM (#202548); and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO.:  1:17-CV-00864-AWI-JLT<br><br>JOINT MID-DISCOVERY STATUS CONFERENCE STATEMENT<br><br>DATE:       December 11, 2017<br>TIME:        8:30 a.m.<br>LOCATION: Federal Courthouse<br>                     510 19th Street,<br>                     Suite 200<br>                     Bakersfield, CA<br>                     93301 |

TO THE HONORABLE COURT:

As ordered by Honorable Magistrate Judge Jennifer L. Thurston, the parties hereby submit this Joint Mid-Discovery Status Conference Statement after the meeting held by counsel for all parties.

///

///

///

1

# I.
# PARTIES

PLAINTIFFS:
ANA MARIA GONZALEZ LOPEZ, PEDRO DERKEVORKIAN, AND THE ESTATE OF SERGIO DERKEVORKIAN

RONALD O. KAYE, SBN 145051
Email: rok@kmbllaw.com
KEVIN J. LaHUE, SBN 237556
Email: klahue@kmbllaw.com
KAYE, McLANE, BEDNARSKI & LITT, LLP
234 East Colorado Boulevard, Suite 230
Pasadena, California 91101
Tel: (626) 844-7660
Fax: (626) 844-7670

DEFENDANTS:
COUNTY OF KERN; SHERIFF DONNY YOUNGBLOOD; BILL WALKER, DIRECTOR KERN COUNTY MENTAL HEALTH DEPARTMENT; DEPUTY ASHLEY MARCUM

Marshall S. Fontes, Deputy
County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301

Telephone:   (661) 868-3800
Facsimile:   (661) 868-3805

# II.
# STATEMENT OF THE CASE

This case involves a wrongful death claim arising from a jail house suicide. The decedent, Sergio Derkevorkian, is the son of plaintiffs, Anna Marie Gonzalez Lopez and Pedro Derkevorkian. Plaintiffs assert a survival claim for the alleged violation of the decedent's rights under the 4th and 14th Amendments, as well as a claim on their own behalf for alleged violations of their own substantive due process rights under the 14th Amendment. Plaintiffs have also asserted various claims under California state law. Plaintiffs have sued the County, the County's Sheriff, the Director of the County's Mental Health Department and one of the booking deputies.

# III.
# PROCEDURAL STATUS

The case proceeded to a Scheduling Conference on August 18, 2017, at which time all discovery, motion and trial dates were set. To date there has been no

modification of the Scheduling Order.

Non-expert discovery is to be completed by March 26, 2018. Expert discovery is to be completed by May 25, 2018. Trial is scheduled for January 8, 2019.

## IV.

## DISCOVERY STATUS

All parties have timely exchanged Rule 26 initial disclosures. Plaintiffs have propounded four sets of written discovery on Defendants County and Marcum. Responses have been served to the two production demand and two sets of interrogatories. The Defendants produced approximately 1000 pages of written discovery and 9 compact discs containing video depicting booking and custody of Mr. Derkevorkian. The County defendants have subpoenaed records from third parties and have just served written discovery on plaintiffs. Responses are not yet due.

Plaintiffs anticipate propounding additional written discovery and setting the depositions of the Defendants, custodial staff identified in the recent production, and persons most knowledgeable regarding Kern County custodial classification, provision of mental health care, and suicide risk assessment and prevention. Plaintiffs also anticipate requesting to inspect the CRF and Lerdo facilities. Plaintiffs are preparing a detailed meet and confer letter regarding plaintiffs' alleged deficiencies in Defendants' recent production which they anticipate will be sent prior to the Conference on December 11, 2017.

The County Defendants anticipate, propounding additional written discovery, setting the depositions of Plaintiffs, and other witnesses identified in Plaintiffs' Rule 26 disclosure, and conducting expert discovery.

## V.

## ANTICIPATED NEED FOR MODIFICATION OF THE SCHEDULING ORDER

Counsel for the Defense, Marshall S. Fontes, has recently learned that he will be required to undergo knee surgery, which is expected to be scheduled in December of this year. It is anticipated that the recovery time from this procedure will put Mr. Fontes out of the office for as long as 8 weeks. Medical testing and clearances are in

the process of being completed.  While a date for the procedure has not yet been scheduled, it is anticipated that it will occur this month.  Once a date has been set for the procedure, the parties will stipulate to a continuance of all dates currently set, for at least 60 days to accommodate defense counsel's surgery and recovery time.

                                KAYE, McLANE, BEDNARSKI & LITT, LLP

Dated: December 4, 2017         By:  /s/ Kevin J. LaHue

                                RONALD O. KAYE
                                KEVIN J. LAHUE
                                Attorneys for Plaintiffs
                                ANA MARIA GONZALEZ LOPEZ
                                PEDRO DERKEVORKIAN

                                MARK L. NATIONS, COUNTY COUNSEL

Dated:  December 4, 2017        By:   /s/ Marshall S. Fontes

                                MARSHALL S. FONTES, Deputy
                                Attorneys for Defendants, COUNTY OF KERN; SHERIFF DONNY YOUNGBLOOD; BILL WALKER, DIRECTOR KERN COUNTY MENTAL HEALTH DEPARTMENT; DEPUTY ASHLEY MARCUM

#23J5004.DOC

JOINT MID-DISCOVERY STATUS CONFERENCE STATEMENT