# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAMARIA GONZALEZ LOPEZ, et al. | Case No.: 1:17-cv-0864 AWI JLT |
| Plaintiffs, | ORDER GRANTING STIPULATION[1] TO AMEND THE CASE SCHEDULE |
| v. | (Doc. 22) |
| COUNTY OF KERN, et al., | |
| Defendants. | |

The parties have stipulated to amend the case schedule. (Doc. 22) The need for the amendment is due to various reasons, including a surgery that will occur in early summer. Id. Thus, good cause appearing, the Court **ORDERS** the case schedule amended as follows:

1. Any motions to amend or stipulations to amend a pleading SHALL be filed no later than April 1, 2018;

2. Non-expert discovery SHALL be completed no later than June 30, 2018;

3. Experts SHALL be disclosed no later than September 1, 2018 and rebuttal experts disclosed by September 28, 2018. Expert discovery SHALL be completed no later than October 27, 2018;

4. Non-dispositive motions SHALL be filed no later than November 19, 2018 and heard no later than December 17, 2018;

---

[1] In light of the newly filed stipulation, the prior stipulation (Doc. 21) is DISREGARDED.

1

5. Dispositive motions SHALL be filed no later than January 7, 2019 and heard no later than March 18, 2019;

6. The pretrial conference is CONTINUED to April 30, 2019 at 10:00 a.m.;

7. The trial is CONTINUED to July 10, 2019 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **December 20, 2017**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE