# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA GONZALEZ LOPEZ, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN, et al.,<br><br>Defendants. | CASE NO: 17-cv-00864-AWI JLT<br><br>**[PROPOSED] ORDER RE STIPULATION TO AMEND DATE TO AMEND PLEADINGS ONLY**<br>**(Doc. 26)** |

Based upon the information contained in the stipulation (Doc. 26), the Court **ORDERS**:

1. Any motions to amend or stipulations to amend a pleading SHALL be filed no later than May 1, 2018. **No other amendments to the cause schedule are authorized.**

IT IS SO ORDERED.

Dated: __March 2, 2018__        __/s/ Jennifer L. Thurston__
                                                       UNITED STATES MAGISTRATE JUDGE