UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA GONZALEZ LOPEZ, PEDRO DERKEVORKIAN | CASE NO: 17-CV-00864-AWI (JLT) |
| Plaintiffs, | **ORDER GRANTING STIPULATION ALLOWING PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT** (Doc. 31) |
| vs. | |
| COUNTY OF KERN, et al. | |
| Defendants. | |

Based upon the stipulation of counsel the Court **ORDERS**:

1.    The stipulation of the parties to allow the filing of the first amended complaint is **GRANTED**.  The plaintiff **SHALL** file her amended complaint, if at all, within three court days;

2.    The defendants are granted 30 days from the filing of the first amended complaint to file the responsive pleading.

IT IS SO ORDERED.

Dated:   __**June 1, 2018**__                            _____**/s/ Jennifer L. Thurston**_____
                                                                    UNITED STATES MAGISTRATE JUDGE