RONALD O. KAYE, SBN 145051
KEVIN J. LaHUE, SBN 237556
KAYE, McLANE, BEDNARSKI & LITT, LLP
234 East Colorado Boulevard, Suite 230
Pasadena, California 91101
Tel: (626) 844-7660
Fax: (626) 844-7670

Attorneys for Plaintiffs
ANA MARIA GONZALEZ LOPEZ
PEDRO DERKEVORKIAN


MARK L. NATIONS, COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By: Marshall S. Fontes, Deputy (SBN 139567)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for Defendants
County of Kern, et al.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA GONZALEZ LOPEZ, PEDRO DERKEVORKIAN, AND THE ESTATE OF SERGIO DERKEVORKIAN,<br><br>Plaintiff,<br>v.<br><br>COUNTY OF KERN; SHERIFF DONNY YOUNGBLOOD; BILL WALKER, DIRECTOR KERN COUNTY MENTAL HEALTH DEPARTMENT; DEPUTY ASHLEY MARCUM (#202548); and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 1:17-CV-00864-AWI-JLT<br><br>STIPULATION TO MODIFY THE SCHEDULING ORDER; [~~PROPOSED~~] ORDER; DECLARATION OF MARSHALL S. FONTES RE EXTRAORDINARY CAUSE |

BY AND BETWEEN THE PARTIES TO THIS ACTION, THROUGH THEIR COUNSEL OF RECORD:

This stipulation is entered into by and between the plaintiff and the defendants, by and through their respective counsel to modify the Scheduling Order in this matter, by continuing all dates by approximately sixty (60) days.

1. As set forth in the attached declaration of Marshall S. Fontes, despite the diligence of counsel, the parties have not been able to complete all necessary discovery prior to the close of discovery in this case, due to a family medical emergency suffered by defense counsel, which prevented scheduled discovery from being completed.

2. Based on the forgoing, the parties agree through counsel to amend the scheduling order as follows:

| Deadline: | Currently: | Proposed: |
|---|---|---|
| Discovery cut off: | 6/30/18 | 8/29/18 |
| Expert Disclosure: | 9/1/18 | 10/31/18 |
| Supp. Expert Disclosure: | 9/28/18 | 11/27/18 |
| Expert Discovery Cut Off: | 10/27/18 | 12/28/18 |
| Non Dispositive Motion Filing: | 11/19/18 | 1/18/19 |
| Non-Dispositive Motions: | 12/17/18 | 2/15/19 |
| Dispositive Motion Filing: | 1/7/19 | 3/8/19 |
| Dispositive Motions: | 3/18/19 | 5/17/19 |
| Pre-Trial Conference: | 4/30/19 | 6/29/19 |
| Trial: | 7/10/19 | 9/10/19 |

3. Additionally, the Court has scheduled a Mandatory Settlement Conference in this matter on October 26, 2018. The parties request that the settlement conference be continued to January 8, 2019 at 1:30 p.m. before Magistrate Thurston.

///
///

Stipulation to Modify the Scheduling Order; Proposed Order and Declaration of Marshall S. Fontes

NOW THEREFORE, IT IS HEREBY STIPULATED by the Parties that the Scheduling Order be modified as set forth above.

Dated: July 23, 2018     MARK L. NATIONS, COUNTY COUNSEL

By:  /s/ Marshall S. Fontes
     Marshall S. Fontes, Deputy
     Attorneys for Defendant, County of Kern

Dated: July 23, 2018     KAYE, McLANE, BEDNARSKI & LITT, LLP

By:  /s/ Kevin J. LaHue
     Ronald O. Kay, Esq.
     Kevin J. LaHue, Esq
     Attorneys for Plaintiffs, Maria Lopez and Pedro Derkevorkian

## ~~PROPOSED~~ ORDER

THE COURT, HAVING FOUND GOOD CAUSE, AND PER STIPULATION OF COUNSEL, IT IS HEREBY ORDERED that the Scheduling Order be Amended as follows:

| Deadline: | Currently: | Amended |
|---|---|---|
| Discovery cut off: | 7/30/18 | 8/29/18 |
| Expert Disclosure: | 9/1/18 | 10/31/18 |
| Supp. Expert Disclosure: | 9/28/18 | 11/27/18 |
| Expert Discovery Cut Off: | 10/27/18 | 12/28/18 |
| Non Dispositive Motion Filing: | 11/19/18 | 1/18/19 |
| Non-Dispositive Motions: | 12/17/18 | 2/15/19 |
| Dispositive Motion Filing: | 1/7/19 | 3/8/19 |
| Dispositive Motions: | 3/18/19 | 4/2219, 1:30 p.m. |
| Pre-Trial Conference: | 4/30/19 | 6/13/19,10:00 a.m. |
| Trial: | 7/10/19 | 8/13/19, 8:30 a.m. |

The Mandatory Settlement Conference is continued to January 7, 2019 at 9:00 a.m. before Magistrate Judge Thurston.

IT IS SO ORDERED.

Dated: **August 2, 2018**              **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE

4
Stipulation to Modify the Scheduling Order; Proposed Order and Declaration of Marshall S. Fontes