RONALD O. KAYE, SBN 145051
KEVIN J. LaHUE, SBN 237556
KAYE, McLANE, BEDNARSKI & LITT, LLP
234 East Colorado Boulevard, Suite 230
Pasadena, California 91101
Tel: (626) 844-7660
Fax: (626) 844-7670

Attorneys for Plaintiffs
ANA MARIA GONZALEZ LOPEZ
PEDRO DERKEVORKIAN


MARK L. NATIONS, COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By: Marshall S. Fontes, Deputy (SBN 139567)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for Defendants
County of Kern, et al.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA GONZALEZ LOPEZ, PEDRO DERKEVORKIAN, AND THE ESTATE OF SERGIO DERKEVORKIAN, <br><br>Plaintiff,<br>v.<br><br>COUNTY OF KERN; SHERIFF DONNY YOUNGBLOOD; BILL WALKER, DIRECTOR KERN COUNTY MENTAL HEALTH DEPARTMENT; DEPUTY ASHLEY MARCUM (#202548); and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 1:17-CV-00864-AWI-JLT<br><br>STIPULATION TO MODIFY THE SCHEDULING ORDER; [PROPOSED] ORDER<br><br>(Doc. 37) |

BY AND BETWEEN THE PARTIES TO THIS ACTION, THROUGH THEIR COUNSEL OF RECORD:

This stipulation is entered into by and between the plaintiffs and the defendants, by and through their respective counsel to modify the Scheduling Order in this matter, by continuing all dates by approximately forty-five (45) days.

1. As set forth in the attached declaration of Marshall S. Fontes, the parties have completed all non-expert discovery and have designated and exchanged expert Rule 26 reports. The parties also scheduled a mediation of the matter before Hon. Carla M. Woerhle for the entire day of December 7, 2018, with a firm commitment to resolving the matter without the need for further time and expense in litigating the matter, including taking the depositions of experts who are located as far away as Idaho. However, due to the hospitalization and critical condition of defense counsel's mother, as set forth in the supporting declaration, the mediation has been forced to be rescheduled for January 17, 2019. Based upon these circumstances, the parties believe that good cause exists for the requested short continuance of all dates in order to permit possible resolution of the matter without the necessity of further time, cost and expense to the parties and this court in the ongoing litigation of this matter.

2. Based on the forgoing, the parties agree through counsel to amend the scheduling order as follows:

| Deadline: | Currently: | Proposed: |
| --- | --- | --- |
| Expert Discovery Cut Off: | 12/28/18 | 2/11/19 |
| Non Dispositive Motion Filing: | 1/18/19 | 3/1/19 |
| Non-Dispositive Motions: | 2/15/19 | 3/29/19 |
| Dispositive Motion Filing: | 3/8/19 | 4/19/19 |
| Dispositive Motions: | 4/22/19 | 6/3/19 |
| Pre-Trial Conference: | 6/13/19 | 7/25/19 |
| Trial: | 8/13/19 | 9/24/19 |

2
Stipulation to Modify the Scheduling Order; ~~Proposed~~ Order and Declaration of Marshall S. Fontes

3. Additionally, the Court has scheduled a Mandatory Settlement Conference in this matter on January 7, 2019. In light of the current mediation scheduled for January 17, 2019, the parties request that the settlement conference be vacated.

NOW THEREFORE, IT IS HEREBY STIPULATED by the Parties that the Scheduling Order be modified as set forth above.

Dated: November 15, 2018   MARK L. NATIONS, COUNTY COUNSEL


By:    /s/ Marshall S. Fontes
     Marshall S. Fontes, Deputy
     Attorneys for Defendant, County of Kern

Dated: November 15, 2018   KAYE, McLANE, BEDNARSKI & LITT, LLP


By:    /s/ Kevin J. LaHue
     Ronald O. Kay, Esq.
     Kevin J. LaHue, Esq
     Attorneys for Plaintiffs, Maria Lopez and
     Pedro Derkevorkian

**ORDER**

The Court **GRANTS in PART** the stipulation to amend the case schedule as follows:

1. All expert discovery SHALL be completed no later than February 1, 2019;
2. Any non-dispositive motions SHALL be filed no later than February 8, 2019 and heard no later than March 8, 2019;
3. The settlement conference scheduled for January 7, 2019 is vacated.

**No other modifications to the case schedule are authorized.**

IT IS SO ORDERED.

Dated: **November 20, 2018**           **/s/ Jennifer L. Thurston**
                                                                                          UNITED STATES MAGISTRATE JUDGE