**RONALD O. KAYE, SBN 145051**
**KEVIN J. LaHUE, SBN 237556**
**KAYE, McLANE, BEDNARSKI & LITT, LLP**
**975 East Green Street**
**Pasadena, California 91106**
**Tel: (626) 844-7660**
**Fax: (626) 844-7670**

**Attorneys for Plaintiffs**
**ANA MARIA GONZALEZ LOPEZ**
**PEDRO DERKEVORKIAN**

**MARGO A. RAISON, COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
**By: Marshall S. Fontes, Deputy (SBN 139567)**
**Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone 661-868-3800**
**Fax 661-868-3805**

**Attorneys for Defendants**
**County of Kern, et al.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANA MARIA GONZALEZ LOPEZ, PEDRO DERKEVORKIAN, AND THE ESTATE OF SERGIO DERKEVORKIAN,** | **CASE NO.: 1:17-CV-00864-AWI-JLT** |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| **COUNTY OF KERN; SHERIFF DONNY YOUNGBLOOD; BILL WALKER, DIRECTOR KERN COUNTY MENTAL HEALTH DEPARTMENT; DEPUTY ASHLEY MARCUM (#202548); and DOES 1 through 10, inclusive,** | |
| Defendants. | |

JOINT NOTICE OF SETTLEMENT

The parties have reached a settlement of this matter. The parties are in the process of finalizing the settlement in a written agreement. The parties hope to finalize the settlement within 30 days.

Respectfully submitted,

Dated:   January 18, 2019            MARGO A. RAISON, COUNTY COUNSEL

By:   /s/  Marshall S. Fontes
     Marshall S. Fontes, Deputy
     Attorneys for Defendants

Dated:   January 18, 2019            KAYE, McLANE, BEDNARSKI & LITT, LLP

By:   /s/  Kevin J. LaHue
     Ronald O. Kay, Esq.
     Kevin J. LaHue, Esq
     Attorneys for Plaintiffs, Maria Lopez and
     Pedro Derkevorkian