# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA GONZALEZ LOPEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF KERN, et al., <br><br> Defendants. | CASE NO.: 1:17-CV-00864-AWI-JLT <br><br> **ORDER AFTER NOTICE OF SETTLEMENT** <br><br> (Doc. 39) |

The parties report they had come to terms of settlement. (Doc. 39) They indicate they will seek dismissal of the action soon. Id. at 2. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than March 1, 2019**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: __January 22, 2019__   	  _____/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE