1 | RONALD O. KAYE, SBN 145051
2 | KEVIN J. LaHUE, SBN 237556
  | KAYE, McLANE, BEDNARSKI & LITT, LLP
3 | 975 East Green Street
  | Pasadena, California 91106
4 | Tel: (626) 844-7660
  | Fax: (626) 844-7670
5 |
6 | Attorneys for Plaintiffs
  | ANA MARIA GONZALEZ LOPEZ
7 | PEDRO DERKEVORKIAN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| ANA MARIA GONZALEZ LOPEZ, PEDRO DERKEVORKIAN, AND THE ESTATE OF SERGIO DERKEVORKIAN, | CASE NO.: 1:17-CV-00864-AWI-JLT |
|---|---|
| Plaintiff, | STIPULATION RE DISMISSAL OF CASE WITH PREJUDICE |
| v. | |
| COUNTY OF KERN; SHERIFF DONNY YOUNGBLOOD; BILL WALKER, DIRECTOR KERN COUNTY MENTAL HEALTH DEPARTMENT; DEPUTY ASHLEY MARCUM (#202548); and DOES 1 through 10, inclusive, | |
| Defendants. | |

TO THE HONORABLE COURT, AND TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to a settlement entered into between Plaintiffs Ana Maria Gonzalez Lopez, Pedro Derkevorkian, And The Estate Of Sergio Derkevorkian and Defendants County Of Kern; Sheriff Donny Youngblood; Bill Walker, Director Kern County Mental Health Department; Deputy Ashley Marcum (#202548); And

1

Does 1 Through 10, Inclusive, the parties hereby stipulate, by and through their counsel of record, that Case No. 1:17-CV-00864-AWI-JLT be dismissed, in its entirety, with prejudice.  This includes any and all remaining claims and/or allegations as well as any claims and/or allegations that have previously been dismissed without prejudice.  The parties herein are to bear their own fees and costs.

                                                       Respectfully submitted,

Dated:   February 27, 2019        MARGO A. RAISON, COUNTY COUNSEL

                                                       By:     /s/  Marshall S. Fontes
                                                              Marshall S. Fontes, Deputy
                                                              Attorneys for Defendants

Dated:   February 27, 2019        KAYE, McLANE, BEDNARSKI & LITT, LLP

                                                       By:     /s/  Kevin J. LaHue
                                                              Ronald O. Kay, Esq.
                                                              Kevin J. LaHue, Esq
                                                              Attorneys for Plaintiffs, Maria Lopez and
                                                              Pedro Derkevorkian